**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6820**

_____

RUSSELL EDWARD MURRAY,

        Petitioner - Appellant,

    v.

LESLIE COOLEY DISMUKES, Secretary of the North Carolina Department of
Adult Correction,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at
Asheville.  Martin K. Reidinger, Chief District Judge.  (1:21-cv-00075-MR)

_____

Submitted:  June 25, 2026                Decided:  June 30, 2026

_____

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Russell Edward Murray, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Edward Murray seeks to appeal the district court's orders dismissing as untimely his 28 U.S.C. § 2254 petition and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. *See Gonzalez v. Thaler*, 565 U.S. 134, 148 & n.9 (2012) (explaining that § 2254 petitions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2244(d)(1)). The order denying a § 2254 petition is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez*, 565 U.S. at 140-41 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Murray has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2